No. 262. VIRGINIA AND WEST VIRGINIA COAL COMPANY *v.* GREEN CHARLES. Error to the Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss submitted March 8, 1920. Decided March 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) Section 128 of the Judicial Code; *Shulthis* v. *McDougal*, 225 U. S. 561, 568; *Hull* v. *Burr*, 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.*, 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis*, 238 U. S. 439, 444. (2) *Spencer* v. *Duplan Silk Co.*, 191 U. S. 526, 530; *Devine* v. *Los Angeles*, 202 U. S. 313, 333; *Shulthis* v. *McDougal*, 225 U. S. 561, 569. *Mr. A. M. Beicher* and *Mr. S. B. Avis* for plaintiff in error. *Mr. William H. Werth, Mr. A. S. Higenbotham* and *Mr. Edgar Lee Greever* for defendant in error.